# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SABACKY,<br><br>    Plaintiff,<br><br>    v.<br><br>ONEWEST BANK, F.S.B., et al.,<br><br>    Defendants.<br>_____ | Case No. CV 15-546-DDP (KK)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: _September 4, 2015_____

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE